# THE STATE OF TEXAS
# M A N D A T E

*******************************************

**TO THE 273RD DISTRICT COURT OF SHELBY COUNTY, GREETING:**

Before our Court of Appeals for the 12th Court of Appeals District of Texas, on the 31st day of July, 2015, the cause upon appeal to revise or reverse your judgment between

**ENBRIDGE G & P (EAST TEXAS) L.P., Appellant**

**NO. 12-13-00307-CV; Trial Court No. 10CV31,096**

Opinion by Bill Bass, Justice.

**BEN SAMFORD AND WIFE BETTE ANN SAMFORD, CECIL JACKSON AND WIFE MICHELLE JACKSON AND SAMMY MONK, Appellees**

was determined; and therein our said Court made its order in these words:

"THIS CAUSE came to be heard on the oral arguments, appellate record and the briefs filed herein, and the same being considered, because it is the opinion of this court that there was error in the judgment of the court below, it is ORDERED, ADJUDGED and DECREED by this court that the judgment be **reversed** and the cause **remanded** to the trial court for a new trial, and that all costs of this appeal are hereby adjudged against the Appellees, **BEN SAMFORD AND WIFE, BETTE ANN SAMFORD, CECIL JACKSON AND WIFE, MICHELLE JACKSON, AND SAMMY MONK,** in accordance with the opinion of this court; and that this decision be certified to the court below for observance."

**WHEREAS, WE COMMAND YOU** to observe the order of our said Court of Appeals for the Twelfth Court of Appeals District of Texas in this behalf, and in all things have it duly recognized, obeyed, and executed.

**WITNESS, THE HONORABLE JAMES T. WORTHEN**, Chief Justice of our Court of Appeals for the Twelfth Court of Appeals District, with the Seal thereof affixed, at the City of Tyler, this the 9th day of October, 2015.

PAM ESTES, CLERK

By: _Katrina McClenny_
    Chief Deputy Clerk